USDC- GREENBELT
'24 AUG 8 PM3:54

HD

Rcv'd by: _____

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| v. | * CRIMINAL NO. 24-Cr-242-TDC |
| JASMINE BATTLE, | * |
| Defendant | * (Misrepresentation of Indian Produced Goods and Products, 18 U.S.C. § 1159(b)(1)(B); Aiding and Abetting, 18 U.S.C. § 2) |

*******

## INFORMATION

### COUNT ONE
(Misrepresentation of Indian Produced Goods and Products)

The United States Attorney for the District of Maryland charges that:

Between in or about August 2019 and in or about February 2020, in the District of Maryland and elsewhere, the defendant,

**JASMINE BATTLE**,

did knowingly display and offer for sale, and did sell goods in an amount not exceeding $1,000.00, and did aid and abet the marketing and sale of her artwork over her ecommerce accounts, claiming at that time she was Native American and/or Cherokee, and which otherwise falsely suggested that the goods were Indian produced, an Indian product, and the product of a particular Indian and Indian tribe, when in truth and fact, as **BATTLE** well knew, the goods

were not Indian produced, an Indian product, and the product of a particular Indian and Indian tribe.

18 U.S.C., § 1159(b)(1)(B)
18 U.S.C. § 2

Date: August 8, 2024

_____
Erek L. Barron
United States Attorney
District of Maryland